UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN, et al, <br><br> Petitioners, <br><br> v. <br><br> SERGIO ALBARRAN, et al. <br><br> Respondents. | Case No. 3:25-CV-08172 <br><br> **DECLARATION OF DEPORTATION OFFICER JESSE CRUZ (PETITIONER CHAVARRIAGA ROJAS)** |

I, Jesse Cruz, make the following statements under oath and subject to the penalty of perjury:

1. I am a Deportation Officer employed by the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"). I have been assigned to ICE Enforcement and Removal Operations ("ERO"), in the San Francisco Field Office, since September 5, 2006. I am currently assigned to the Alternatives to Detention ("ATD") / Non-Detained Unit, overseeing aliens who are not in ICE custody and live within the jurisdiction of the San Francisco Field Office.

2. My responsibilities include, but are not limited to, reviewing and monitoring cases involving aliens released from ICE custody while their immigration proceedings are pending. I am also responsible for identifying, locating, arresting, and removing aliens with final orders of removal from the United States.

3. I am familiar with ICE policy and procedures governing the detention and removal of aliens who come into ICE's custody. The facts in this declaration are based on my personal knowledge, consultation with other ICE personnel, review of official documents and records contained in systems of records maintained by the agency and Department, and other relevant sources obtained during the regular course of business.

4. I am the ICE officer assigned to the case of Petitioner Sebastian Chavarriaga Rojas

("Chavarriaga Rojas"). I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

5. I have obtained and attached to my declaration true and correct copies of the following documents from Chavarriaga Rojas's case file and records maintained by DHS, which will be referenced as Exhibits ("Exh.") as follows:

Exhibit 1: Form I-213, Record of Deportable/Inadmissible Alien, dated September 25, 2025.

Exhibit 2: Form I-862, Notice to Appear, dated March 5, 2024.

6. Chavarriaga Rojas is a native and citizen of Colombia who entered the United States without inspection, admission, or parole at or near San Ysidro, California on or about March 4, 2024. Exhs. 1, 2.

7. That same day, U.S. Customs and Border Protection ("CBP") apprehended Chavarriaga Rojas. At that time, Chavarriaga Rojas admitted to being a citizen of Colombia with no right to be in or remain in the United States legally. Exh. 1.

8. On or about March 5, 2024, CBP issued Chavarriaga Rojas a Notice to Appear in removal proceedings, as an alien present without admission or parole, and charged him with removability under section 212(a)(6)(A)(i) of the Immigration and Nationality Act ("INA"). The Notice to Appear was filed with the Immigration Court on April 4, 2024. Exh. 1, 2.

9. On or about May 1, 2025, Chavarriaga Rojas appeared for a non-detained initial master calendar hearing before the San Francisco Immigration Court, and the case was continued.

10. On or about September 25, 2025, Chavarriaga Rojas appeared for a non-detained continued hearing before the San Francisco Immigration Court. At that hearing, DHS orally moved to dismiss Chavarriaga Rojas's case to pursue expedited removal under INA § 235. Exh. 1.

11. After Chavarriaga Rojas's master calendar hearing concluded, outside of the courtroom, ERO officers identified themselves as immigration officers and verified Chavarriaga Rojas's identity. ERO informed Chavarriaga Rojas that he was being taken into custody and transported him to the ERO San Francisco field office for further processing. Exh. 1.

12. On the same day, the District Court for the Northern District of California granted a temporary restraining order which ordered, among other things, the immediate release of Chavarriaga Rojas from custody. DHS immediately complied with the court's order and Chavarriaga Rojas was released from custody on the same day.

13. DHS's motion to dismiss before the immigration court remains pending.

14. I declare, under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to best of my knowledge, information, belief, and reasonable inquiry.

Dated: September 30, 2025,

JESSE CRUZ
Digitally signed by JESSE CRUZ
Date: 2025.09.30 13:18:42 -07'00'

Deportation Officer Jesse Cruz

Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

DECLARATION OF DEPORTATION OFFICER JESSE CRUZ
3