UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN, et al, <br><br>　　Petitioners, <br><br>　　v. <br><br>SERGIO ALBARRAN, et al. <br><br>　　Respondents. | Case No. 3:25-CV-08172 <br><br>**DECLARATION OF** <br>**SDDO DOUGLAS PLUMMER** <br>**(PETITIONERS VELASQUEZ GOMEZ;** <br>**HERNANDEZ LEAL; CARVAJAL MENDOZA)** |

I, Douglas Plummer, make the following statements under oath and subject to the penalty of perjury:

1. I am a Supervisory Detention and Deportation Officer ("SDDO") with the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), in the San Jose sub-office of the San Francisco Field Office. I have been employed with ERO since November 20, 2011, and I became an SDDO on May 13, 2018. I am currently assigned to the Alternatives to Detention ("ATD") / Non-Detained Unit, overseeing aliens who are not in ICE custody and live within the jurisdiction of the San Francisco Field Office.

2. My responsibilities include, but are not limited to, reviewing and monitoring cases involving aliens released from ICE custody while their immigration proceedings are pending. I am also responsible for identifying, locating, arresting, and removing aliens with final orders of removal from the United States.

3. I am familiar with ICE policy and procedures governing the detention and removal of aliens who come into ICE's custody. The facts in this declaration are based on my personal knowledge, consultation with other ICE personnel, and review of official documents and records maintained by the agency and Department.

4. I am the officer assigned to the cases of Petitioners Maria Camila Velasquez Gomez ("Velasquez Gomez"), Leon Felipe Hernandez Leal ("Hernandez Leal"), and Julian Carvajal Mendoza ("Carvajal Mendoza"). I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above-captioned case.

5. I have obtained and attached to my declaration true and correct copies of the following documents from case files and records maintained by DHS, which will be referenced as Exhibits ("Exh.") as follows:

Exhibit 3:  Form I-213, Record of Deportable/Inadmissible Alien for Velasquez Gomez, dated September 25, 2025

Exhibit 4:  Form I-862, Notice to Appear for Velasquez Gomez, dated March 5, 2024.

Exhibit 4a:  Notice of Hearing resetting initial hearing to May 1, 2025.

Exhibit 4b:  Notice of Hearing for September 25, 2025.

Exhibit 5:  Form I-213, Record of Deportable/Inadmissible Alien for Hernandez Leal, dated September 25, 2025.

Exhibit 6:  Form I-862, Notice to Appear for Hernandez Leal dated December 14, 2023.

Exhibit 7:  Form I-213, Record of Deportable/Inadmissible Alien for Carvajal Mendoza, dated September 25, 2025.

Exhibit 8:  Form I-862, Notice to Appear for Carvajal Mendoza, dated December 14, 2023.

### Maria Camila Velasquez Gomez

6. Velasquez Gomez is a native and citizen of Colombia who entered the United States without inspection, admission, or parole at or near San Ysidro, California on or about March 4, 2024. Exhs. 3, 4.

7. That same day, U.S. Customs and Border Protection ("CBP") apprehended Velasquez Gomez. At that time, Velasquez Gomez admitted to being a citizen of Colombia with no right to be in or remain in the United States legally. Exh. 3.

8. On or about March 5, 2024, CBP issued Velasquez Gomez a Notice to Appear in removal proceedings, as an alien present without admission or parole, and charged her with removability under

section 212(a)(6)(A)(i) of the Immigration and Nationality Act ("INA"). The Notice to Appear was filed with the Immigration Court on April 4, 2024. Exhs. 3, 4.

9. On or about May 1, 2025, Velasquez Gomez appeared for a non-detained initial master calendar hearing before the San Francisco Immigration Court, and the case was continued. Exh. 4a, 4b.

10. On or about September 25, 2025, Velasquez Gomez appeared for a non-detained continued hearing before the San Francisco Immigration Court. At that hearing, DHS orally moved to dismiss Velasquez Gomez's case to pursue expedited removal under INA § 235. Exh. 3, 4b.

11. After Velasquez Gomez's master calendar hearing concluded, outside of the courtroom, ERO officers identified themselves as immigration officers and verified Velasquez Gomez's identity. ERO informed Velasquez Gomez that she was being taken into custody and transported her to the ERO San Francisco field office for further processing. Exh. 3.

12. On the same day, the District Court for the Northern District of California granted a temporary restraining order which ordered, among other things, the immediate release of Velasquez Gomez from custody. DHS immediately complied with the court's order and Velasquez Gomez was released from custody on the same day.

13. DHS's motion to dismiss before the immigration court remains pending.

<u>Leon Felipe Hernandez Leal</u>

14. Hernandez Leal is a native and citizen of Colombia who entered the United States without inspection, admission, or parole at or near San Ysidro, California on or about December 13, 2023. Exhs. 5, 6.

15. That same day, CBP apprehended Hernandez Leal. At that time, Hernandez Leal admitted to being a citizen of Colombia with no right to be in or remain in the United States legally. Exh. 5.

16. On or about December 14, 2023, CBP issued Hernandez Leal a Notice to Appear in removal proceedings, as an alien present without admission or parole, and charged him with removability under section 212(a)(6)(A)(i) of the INA. The Notice to Appear was filed with the Immigration Court on February 14, 2024. Exhs. 5, 6.

DECLARATION OF SDDO DOUGLAS PLUMMER
3

17. On or about September 25, 2025, Hernandez Leal appeared for a non-detained initial master calendar hearing before the San Francisco Immigration Court. At that hearing, DHS orally moved to dismiss Hernandez Leal's case to pursue expedited removal under INA § 235. Exh. 5.

18. After Hernandez Leal's master calendar hearing concluded, outside of the courtroom, ERO officers identified themselves as immigration officers and verified Hernandez Leal's identity. ERO informed Hernandez Leal that he was being taken into custody and transported him to the ERO San Francisco field office for further processing. Exh. 5.

19. On the same day, the District Court for the Northern District of California granted a temporary restraining order, which ordered, among other things, the immediate release of Hernandez Leal from custody. DHS immediately complied with the court's order and Hernandez Leal was released from custody on the same day.

20. DHS's motion to dismiss before the immigration court remains pending.

<u>Julian Carvajal Mendoza</u>

21. Carvajal Mendoza is a native and citizen of Colombia who entered the United States without inspection, admission, or parole at or near the San Diego Border Patrol Sector, California, on or about December 13, 2023. Exhs. 7, 8.

22. That same day, CBP apprehended Carvajal Mendoza. At that time, Carvajal Mendoza admitted to being a citizen of Colombia with no right to be in or remain in the United States legally. Exh. 7.

23. On or about December 14, 2023, CBP issued Carvajal Mendoza a Notice to Appear in removal proceedings, as an alien present without admission or parole, and charged him with removability under section 212(a)(6)(A)(i) of the INA. The Notice to Appear was filed with the Immigration Court on January 25, 2024. Exh. 7, 8.

24. On or about September 25, 2025, Carvajal Mendoza appeared for a non-detained initial master calendar hearing before the San Francisco Immigration Court. At that hearing, DHS orally moved to dismiss Carvajal Mendoza's case to pursue expedited removal under INA § 235. Exh. 7.

DECLARATION OF SDDO DOUGLAS PLUMMER
4

25. After Carvajal Mendoza's master calendar hearing concluded, outside of the courtroom, ERO officers identified themselves as immigration officers and verified Carvajal Mendoza's identity. ERO informed Carvajal Mendoza that he was being taken into custody and transported him to the ERO San Francisco field office for further processing. Exh. 7.

26. On the same day, the District Court for the Northern District of California granted a temporary restraining order which ordered, among other things, the immediate release of Carvajal Mendoza from custody. DHS immediately complied with the court's order and Carvajal Mendoza was released from custody on the same day.

27. DHS's motion to dismiss before the immigration court remains pending.

28. I declare, under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct to best of my knowledge, information, belief, and reasonable inquiry.

Dated: September 30, 2025,

DOUGLAS A PLUMMER
Digitally signed by DOUGLAS A PLUMMER
Date: 2025.09.30 12:37:32 -07'00'

Douglas Plummer

Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

DECLARATION OF SDDO DOUGLAS PLUMMER

5