# EXHIBIT 1

**U.S. Department of Homeland Security**

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| COLOMBIA | BD559468 COLOMBIA | | 73 | 228 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| FAILED TO PROVIDE ADDRESS EOIR-33 DOCKET GILROY, CALIFORNIA, 95020, | |

| Date, Place, Time, and Manner of Last Entry | | Passenger Boarded at | F.B.I. Number | ☐ Single |
|---|---|---|---|---|
| 03/04/2024 19:00, SYS, | | | | ☐ Divorced  ☐ Married ☐ Widower  ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| | | 09/25/2025 | SFR/SFR | See I-831 | 09/25/2025 11:51 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| COLOMBIA | | | T6970 AUER |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | | Salary | Employed from/to |
|---|---|---|---|---|
| | Unemployed or Retired | | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



**Subject Health Status**
----------------------
The subject claims good health.

**Current Criminal Charges**
-------------------------
09/25/2025 - 8 USC 1229a - ALIEN REMOVAL UNDER SECTION 212 AND 237

**Current Administrative Charges ...(CONTINUED ON I-831)**

| Alien has been advised of communication privileges 9-25-2025 (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| 3 File | Officer: |
| 1 Agent | on: September 25, 2025   (time) |
| 1 Record | Disposition: Other |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN | | 09/25/2025 |

--------------------------------
09/25/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History
-------------------------
Subject has no criminal history

AT/NEAR
--------
SAN FRANCISCO, CA

Record of Deportable/Excludable Alien:
--------------------------------------
IMMIGRATION HISTORY: No Prior immigration history.

CRIMINAL HISTORY: No prior criminal history.

ENCOUNTER:

A Border Patrol agent encountered this subject in the San Diego Border Patrol Sector's area
of responsibility (AOR). It was determined that this subject had unlawfully entered the
United States from Mexico, at a time and place other than as designated by the Secretary of
the Department of Homeland Security of the United States.

After determining that this subject illegally entered the United States, the subject was
arrested and transported to a nearby Border Patrol facility for processing using the

IMMIGRATION/CRIMINAL VIOLATION:

The subject claims to be a citizen and national of Colombia without the necessary legal
documents to enter, pass through, or to remain in the United States. The subject also
admitted to illegally crossing the international boundary without being inspected by an
immigration officer at a designated Port of Entry.

The subject stated that both parents are citizens of Colombia and no other country.

CONSULAR NOTIFICATION:

The subject was notified of their right to communicate with a Consular Officer from their
country as per Article 36(1) (b) of the Vienna convention on Consular Relations. The subject
indicated they understood this right but declined to speak with anyone at this time.

DISPOSITION:

The subject did not provide a valid / verified U.S. address.

The subject is being processed as NTA/OR due to lack of bed space.

The subject was served with DHS forms I-220A, I-862, I-286, and given a copy of agency form
G-56, a list of free legal services, and the "Notice to Appear Tear Sheet."

The subject was informed, per agency for I-220A, that they must report for any hearing or
interview as directed by the Department of Homeland Security or the Executive Office for

| Signature | Title |
|---|---|
| | DO |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN | | 09/25/2025 |

Immigration Review and / or surrender for removal from the United States if so ordered.

The subject was given a copy of form EOIR-33 and instructed that if their address and/or telephone number changes while awaiting or going through immigration proceedings, they are to file this form with the Department of Homeland Security within five (5) working days of that change.

The subject does not appear to be a threat to national security, border security, or public safety. The subject was released from the custody of the Department of Homeland Security (DHS) by "Order of Recognizance" (O.R.) pending their immigration hearing. This release was authorized through proper channels in accordance with San Diego Sector protocols.

The subject indicated that they understood Spanish, and the processing agent communicated with the subject in the Spanish language. No other interpreter was used.

The processing of this NTA/OR was conducted virtually by Border Patrol Agent ████ at the San Clemente Border Patrol Station. The subject and witness Border Patrol Agents were present at the San Diego Area Detention/ Transit Staging Area in San Diego, California.

Other Identifying Numbers
--------

| Signature | Title |
|---|---|
| | DO |

___3___ of ___4___ Pages

**U.S. Department of Homeland Security**

**Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| CHAVARRIAGA ROJAS, SEBASTIAN | | 09/25/2025 |

ADDENDUM TO RECORD OF DEPORTABLE/EXCLUDABLE ALIEN
--------------------------------------------------

Sebastian CHAVARRIAGA Rojas,            a citizen and native of
Colombia, was brought to the attention of Immigration and Customs Enforcement (ICE) /
Enforcement and Removal Operations (ERO) San Francisco (SFR) for a potential case dismissal.
ICE ERO SFR reviewed the case and determined that CHAVARRIAGA unlawfully entered the US
without a valid document and is amenable to the Expedited Removal (ER) under 2004
Designation.

Encounter:
On September 25, 2025, 2025, CHAVARRIAGA  appeared at the San Francisco Executive Office of
Immigration Review (EOIR) court at 630 Sansome St. 4th Floor, San Francisco, CA 94111,
pursuant to his EOIR immigration master hearing. The following ICE ERO Deportation Officers
were tasked to conduct an arrest
outside the court. CHAVARRIAGA was identified and verified as one of the targets through
biometrics, records checks through government databases, and a photograph taken when
CHAVARRIAGA was previously encountered by United States Border Patrol personnel. During the
proceedings, DHS filed a Motion to Dismiss CHAVARRIAGA's case. The Immigration Judge (IJ)
gave him until October 23, 2025, to respond to the motion. After the hearing concluded, as
CHAVARRIAGA exited out the courtroom, the above-mentioned ICE ERO Officers approached
CHAVARRIAGA and identified themselves as Immigration Officers. CHAVARRIAGA's identity was
verified when he replied with his complete full name when officers asked for his name.
CHAVARRIAGA was informed that he is going to be taken back into custody for redetermination.
CHAVARRIAGA was placed in handcuffs, checked for tightness and double locked. CHAVARRIAGA
and his property were taken to the ERO San Francisco field office for further processing.

Immigration History:
On March 4, 2024, CHAVARRIAGA was apprehended within 100 miles by U.S. Border Patrol at near
San Ysidro, CA. CHAVARRIAGA  was processed as a Notice to Appear and released on an Order of
Release on Recognizance.

Criminal History:
None

Health and Humanitarian Aspects:
CHAVARRIAGA stated he does not have any medical issues and not taking any medication.
CHAVARRIAGA stated he is not associated with any criminal organizations or gangs.
CHAVARRIAGA does not have any pending applications.
CHAVARRIAGA made no claims to US citizenship.

DISPOSITION:
CHAVARRIAGA will be processed as a Motion to Re-calendar and will remain in ICE custody
pending respond to motion for dismissal.

| Signature | Title |
|---|---|
| | DO |

4 of 4 Pages

# EXHIBIT 2

# DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No: ▮▮▮▮▮▮

**Event No: IMB2403000041**

In the Matter of:

Respondent: _____ SEBASTIAN    CHAVARRIAGA ROJAS _____ currently residing at:

FAILED TO PROVIDE ADDRESS EOIR-33 DOCKET

(Number, street, city, state and ZIP code)        (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of COLOMBIA and a citizen of COLOMBIA ;
3. You arrived in the United States at or near SAN YSIDRO,  CA , on or about March 4, 2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

630 SANSOME ST, 4TH FL, RM 475 SAN FRANCISCO CA 94111

(Complete Address of Immigration Court, including Room Number, if any)

on   May 01, 2025   at   10:30 AM   to show why you should not be removed from the United States based on the
    (Date)       (Time)

charge(s) set forth above.

_____ Acting/Patrol Agent in Charge _____
(Signature and Title of Issuing Officer)

Date:   March 05, 2024      San Diego, California
                (City and State)

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

## Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____ *(Signature of Respondent)*

*(Signature and Title of Immigration Officer)*

Date: _____

## Certificate of Service

This Notice To Appear was served on the respondent by me on **March 5, 2024**, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person ☐ by certified mail, returned receipt # _____ requested ☐ by regular mail

☐ Attached is a credible fear worksheet.

☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the ___SPANISH___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act. CESAR A RODRIGUEZ

Date: 2024.03.05 14:17:28:00
0718247062.CBP

**Border Patrol Agent**

*(Signature of Respondent if Personally Served)* | *(Signature and Title of officer)*

**Privacy Act Statement**

### Authority:

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

### Purpose:

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

### Routine Uses:

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

### Disclosure:

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT 3

U.S. Department of Homeland Security ▮▮▮▮▮▮▮ **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| VELASQUEZ GOMEZ, MARIA CAMILA | | | | F | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| COLOMBIA | | | 64 | 152 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| IN ICE CUSTODY 630 SANSOME ST., CALIFORNIA, 94111, | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☑ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 03/04/2024 19:00, SYS, WI-Without Inspection | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| ▮▮▮▮▮ | 09/25/2025 | SFR/SFR | See I-831 | 09/25/2025 11:21 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| COLOMBIA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☑ Yes ☐ No | Systems Checks See Narrative | Charge Code Word(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



```
Subject Health Status
-----------------------
The subject claims good health.

Current Administrative Charges
------------------------------
09/25/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History ...(CONTINUED ON I-831)
```

| Alien has been advised of communication privileges | 09/25/2025 Date/Initials | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| File | Office: |
| | on: September 25, 2025 |
| | Disposition: Other |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| VELASQUEZ GOMEZ, MARIA CAMILA | ███████ | 09/25/2025 |

```
---------------------------
Subject has no criminal history

RECORDS CHECKED
----------------
█████████


ARRESTING AGENTS
-----------------
█████████


AT/NEAR
--------
SAN FRANCISCO, CA
```

Record of Deportable/Excludable Alien:
------------------------------------------
IMMIGRATION HISTORY: No Prior immigration history.

CRIMINAL HISTORY: No prior criminal history.

ENCOUNTER:
A Border Patrol agent encountered this subject in the San Diego Border Patrol Sector's area of responsibility (AOR). It was determined that this subject had unlawfully entered the United States from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States.

After determining that this subject illegally entered the United States, the subject was arrested and transported to a nearby Border Patrol facility for processing using the

IMMIGRATION/CRIMINAL VIOLATION:
The subject claims to be a citizen and national of Colombia without the necessary legal documents to enter, pass through, or to remain in the United States. The subject also admitted to illegally crossing the international boundary without being inspected by an immigration officer at a designated Port of Entry.

The subject stated that both parents are citizens of Colombia and no other country.

CONSULAR NOTIFICATION:
The subject was notified of their right to communicate with a Consular Officer from their country as per Article 36(1) (b) of the Vienna convention on Consular Relations. The subject indicated they understood this right but declined to speak with anyone at this time.

********** RELEASED ON ORDER OF RECOGNIZANCE / EOIR-33 DOCKET **********

DISPOSITION:
While in custody, the subject was unable to provide a complete/valid address of a point of contact (POC) in the United States, but stated their intended destination was GIRLOY, CA.

| Signature | Title |
|---|---|
| ███████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| VELASQUEZ GOMEZ, MARIA CAMILA | ▮▮▮▮▮ | 09/25/2025 |

The subject is being processed as NTA/OR due to lack of bed space.

The subject was served with DHS forms I-220A, I-862, I-286, and given a copy of agency form G-56, a list of free legal services, and the "Notice to Appear Tear Sheet."

The subject was informed, per agency for I-220A, that they must report for any hearing or interview as directed by the Department of Homeland Security or the Executive Office for Immigration Review and / or surrender for removal from the United States if so ordered.

The subject was given a copy of form EOIR-33 and instructed that if their address and/or telephone number changes while awaiting or going through immigration proceedings, they are to file this form with the Department of Homeland Security within five (5) working days of that change.

The subject does not appear to be a threat to national security, border security, or public safety. The subject was released from the custody of the Department of Homeland Security (DHS) by "Order of Recognizance" (O.R.) pending their immigration hearing. This release was authorized through proper channels in accordance with San Diego Sector protocols.

The subject indicated that they understood Spanish, and the processing agent communicated with the subject in the Spanish language. No other interpreter was used.

The processing of this NTA/OR was conducted virtually by Border Patrol Agent ▮▮▮▮▮ at the Murrieta Border Patrol Station. The subject and witness Border Patrol Agents were present at the San Diego Area Detention/ Transit Staging Area in San Diego, California.

Other Identifying Numbers
-------------------------
▮▮▮▮▮

| Signature | Title |
|---|---|
| ▮▮▮▮▮ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name                          | File Number | Date       |
|---------------------------------------|-------------|------------|
| VELASQUEZ GOMEZ, MARIA CAMILA         |             | 09/25/2025 |

ADDENDUM TO RECORD OF DEPORTABLE/EXCLUDABLE ALIEN
--------------------------------------------------

Subject, Velasquez Gomez, Maria Camila, (DOB: 08/22/2002),              a citizen and
native of Colombia, was brought to the attention of Immigration and Customs Enforcement
(ICE) / Enforcement and Removal Operations (ERO) San Francisco (SFR) for a potential case
dismissal. ICE ERO SFR reviewed the case and determined that Velasquez Gomez unlawfully
entered the US without a valid document and is amenable to the Expedited Removal (ER) under
2004 Designation.

Encounter:
On September 25, 2025, 2025, Velasquez Gomez appeared at the San Francisco Executive Office
of Immigration Review (EOIR) court at 630 Sansome St. 4th Floor, San Francisco, CA 94111,
pursuant to her EOIR immigration master hearing. The following ICE ERO Deportation Officers
                                                    were tasked to conduct an arrest
outside the court. Velasquez Gomez was identified and verified as one of the targets. During
the proceedings, DHS filed a Motion to Dismiss Velasquez Gomez' case. The Immigration Judge
(IJ) gave her until October 23, 2025, to respond to the motion. After the hearing concluded,
as Velasquez Gomez exited out the courtroom, the above-mentioned ICE ERO Officers approached
Velasquez Gomez and identified themselves as Immigration Officers. Velasquez Gomez identity
was verified when she replied with her complete full name when officers asked for her name.
Velasquez Gomez was informed that she is going to be taken back into custody for
redetermination. Velasquez Gomez was placed in handcuffs, checked for tightness and double
locked. Velasquez Gomez and her property were taken to the ERO San Francisco field office
for further processing.

Immigration History:
On March 4, 2024, Velasquez Gomez was apprehended within 100 miles by U.S. Border Patrol at
near San Ysidro, CA. Velasquez Gomez was processed as a Notice to Appear and released on an
Order of Release on Recognizance.

Criminal History:
None

Health and Humanitarian Aspects:

Subject stated she is not associated with any criminal organizations or gangs.
Subject does not have any pending applications.
Subject made no claims to US citizenship.

DISPOSITION:
Subject will be processed as a Motion to Re-calendar and will remain in ICE custody pending
respond to motion for dismissal.

| Signature | Title              |
|-----------|--------------------|
|           | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

# EXHIBIT 4

DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

File No: ▮▮▮▮▮▮▮▮▮▮

In the Matter of:                                                                    **Event No: IMB2403000041**
Respondent:                    MARIA CAMILA VELASQUEZ GOMEZ                                    currently residing at:

FAILED TO PROVIDE ADDRESS EOIR-33 DOCKET
_____
(Number, street, city, state and ZIP code)                                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of COLOMBIA and a citizen of COLOMBIA ;
3. You arrived in the United States at or near SAN YSIDRO,  CA , on or about March 4,
2024 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following
provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an
alien present in the United States without being admitted or paroled, or who arrived in
the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of
persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:        ☐ 8CFR 208.30        ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

630 SANSOME ST, 4TH FL, RM 475 SAN FRANCISCO CA 94111
_____
(Complete Address of Immigration Court, including Room Number, if any)

on November 13, 2026 at    10:30 AM      to show why you should not be removed from the United States based on the
   (Date)                (Time)
                                                                     Acting/Patrol Agent in Charge
charge(s) set forth above.          **CHRISTIAN M. STONE**
                                          (Signature and Title of Issuing Officer)

Date: March 05, 2024                        San Diego, California
                                              (City and State)

EOIR – 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before: _____

_____ (Signature of Respondent)

_____
(Signature and Title of immigration Officer)                    Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on **March 6, 2024**, in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person ☐ by certified mail, returned receipt # _____ requested ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the _____SPANISH_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
(Signature of Respondent if Personally Served)

**ANTHONY TYLER MARTIN**            **Border Patrol Agent**
(Signature and Title of officer)

---

DHS Form I-862 (6/22)                                                                                    Page 2 of 3

**Privacy Act Statement**

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT 4a

```
                    UNITED STATES DEPARTMENT OF JUSTICE
                   EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                       SAN FRANCISCO IMMIGRATION COURT

                                   LEAD FILE: ███████████
                                   IN REMOVAL PROCEEDINGS
                                   DATE: Feb 26, 2025
TO:
   ████████████████████████
     200 E 10TH STREET
     APT 320
     GILROY, CA  95020


RE: ████████████ ███████████████████████
       ████████████ VELASQUEZ GOMEZ, MARIA CAMILA
```

### Notice of In-Person Hearing

Your case has been scheduled for a MASTER hearing before the immigration
court on:


                     HEARING TIME CHANGED. SEE BELOW

```
Date:          May 1, 2025
Time:          08:30 A.M. PT
Court Address: 630 SANSOME ST, 4TH FL, RM 475
               4TH FLOOR, COURTROOM 3, SAN FRANCISCO, CA 94111
```

**Representation:** You may be represented in these proceedings, at no
expense to the Government, by an attorney or other representative
of your choice who is authorized and qualified to represent persons
before an immigration court. If you are represented, your attorney
or representative must also appear at your hearing and be ready
to proceed with your case.  Enclosed and online at
https://www.justice.gov/eoir/list-pro-bono-legal-service-providers
is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the
Department of Homeland Security establishes by clear, unequivocal, and
convincing evidence that written notice of your hearing was provided and
that you are removable, you will be ordered removed from the United
States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including
hearing notices, to you based on the most recent contact information
you have provided, and your immigration proceedings can go forward in
your absence if you do not appear before the court.  If your contact
information is missing or is incorrect on the Notice to Appear, you must
provide the immigration court with your updated contact information within
five days of receipt of that notice so you do not miss important information.
Each time your address, telephone number, or email address changes,
you must inform the immigration court within five days.  To update your contact
information with the immigration court, you must complete a Form EOIR-33
either online at https://respondentaccess.eoir.justice.gov/en/ or by
completing the enclosed paper form and mailing it to the immigration

court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050.**

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

_____
                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:MAIL[M]  PERSONAL SERVICE[P]  ELECTRONIC SERVICE[E]
TO:  [ M ] Noncitizen | [  ] Noncitizen c/o Custodial Officer |
     [  ] Noncitizen ATT/REP | [ M ] DHS
DATE: _____02/26/25___  BY:  COURT STAFF _____SLB_____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other  NH



Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন

सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# EXHIBIT 4b

```
                 UNITED STATES DEPARTMENT OF JUSTICE
                 EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
                    SAN FRANCISCO IMMIGRATION COURT
```

```
                              LEAD FILE: ███████████████
                              IN REMOVAL PROCEEDINGS
                              DATE: May 1, 2025
```

TO:
       ███████████████████████
       200 E 10TH STREET
       APT 320
       GILROY, CA  95020

RE: ████████████████████████████████
    ██████████████████ VELASQUEZ GOMEZ, MARIA CAMILA

### Notice of In-Person Hearing

Your case has been scheduled for a MASTER hearing before the immigration court on:

Date:           SEPTEMBER 25, 2025
Time:           08:30 A.M. PT
Court Address: 630 SANSOME ST, 4TH FL, RM 475
               4TH FLOOR, COURTROOM 3, SAN FRANCISCO, CA 94111

**Representation:** You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case.  Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear:** If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address:** The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court.  If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days.  To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration

court listed above.

**Internet-Based Hearings:** If you are scheduled to have an internet-based hearing, you will appear by video or telephone. If you prefer to appear in person at the immigration court named above, you must file a motion for an in-person hearing with the immigration court at least fifteen days before the hearing date provided above. Additional information about internet-based hearings for each immigration court is available on EOIR's website at https://www.justice.gov/eoir/eoir-immigration-court-listing.

**In-Person Hearings:** If you are scheduled to have an in-person hearing, you will appear in person at the immigration court named above. If you prefer to appear remotely, you must file a motion for an internet-based hearing with the immigration court at least fifteen days before the hearing date provided above.

For information about your case, please call **1-800-898-7180** (toll-free) or **304-625-2050.**

**The Certificate of Service on this document allows the immigration court to record delivery of this notice to you and to the Department of Homeland Security.**

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:MAIL[M]  PERSONAL SERVICE[P]  ELECTRONIC SERVICE[E]
TO:  [ P ] Noncitizen | [  ] Noncitizen c/o Custodial Officer |
     [  ] Noncitizen ATT/REP | [ M ] DHS
DATE: _____05/01/25____  BY: COURT STAFF _____SLB____
Attachments:[ ] EOIR-33 [ ] Appeal Packet [ ] Legal Services List [ ] Other  NH

Use a smartphone's camera to scan the code on this page to read the notice online.

Usa la cámara de un teléfono inteligente para escanear el código de esta página y leer el aviso en línea.

Use a câmara do smartphone para digitalizar o código nesta página e ler o manual de instruções online.

使用智能手机摄像头扫描本页面的代码，即可在线阅读该通知。

ਨੋਟਿਸ ਨੂੰ ਔਨਲਾਈਨ ਪੜ੍ਹਨ ਲਈ ਇਸ ਪੰਨੇ 'ਤੇ ਕੋਡ ਨੂੰ ਸਕੈਨ ਕਰਨ ਲਈ ਸਮਾਰਟਫ਼ੋਨ ਦੇ ਕੈਮਰੇ ਦੀ ਵਰਤੋਂ ਕਰੋ।

অনলাইনে নোটিশ পড়ার জন্য এই পেজের কোডটি স্ক্যান করতে স্মার্টফোনের ক্যামেরা ব্যবহার করুন



सूचना अनलाइनमा पढ्न यस पृष्ठमा कोड स्क्यान गर्न स्मार्टफोनको क्यामेरा प्रयोग गर्नुहोस्।

Sèvi ak kamera yon telefòn entèlijan pou eskane kòd ki nan paj sa a pou li avi a sou entènèt.

استخدم كاميرا الهاتف الذكي لمسح الرمز الموجود في هذه الصفحة لقراءة الإشعار على الإنترنت

Чтобы прочитать уведомление онлайн, отсканируйте код на этой странице с помощью камеры вашего смартфона.

Utilisez l'appareil photo d'un téléphone intelligent pour scanner le code sur cette page afin de lire l'avis en ligne.

# EXHIBIT 5

U.S. Department of Homeland Security

**Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| HERNANDEZ LEAL, LEON FELIPE | | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| COLOMBIA | COLOMBIA | | 69 | 162 | LABORER |

| U.S. Address | | Scars and Marks |
|---|---|---|
| IN CUSTODY SAN FRANCISCO, CALIFORNIA, 94111, | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 12/13/2023 01:15, SYS, | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| | 09/25/2025 | SFR/SFR | See I-831 | 09/25/2025 13:23 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| COLOMBIA | | | T6970 AUER |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record | |
|---|---|---|
| NEGATIVE | | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



```
Subject Health Status
-----------------------
The subject claims good health.

Current Criminal Charges
-----------------------
09/25/2025 - 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212

Current Administrative Charges ...(CONTINUED ON I-831)
```

| Alien has been advised of communication privileges | 9-25-2025 (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| 3 File | Office: |
| 1 Agent | on: September 25, 2025 (time) |
| 1 Record | Disposition: Other |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| HERNANDEZ LEAL, LEON FELIPE | | 09/25/2025 |

------------------------------
09/25/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History
-------------------------
Subject has no criminal history

AT/NEAR
-------
SAN FRANCISCO, CA

Record of Deportable/Excludable Alien:
--------------------------------------
IMMIGRATION HISTORY: See prior immigration history.
CRIMINAL HISTORY: See prior criminal history.
ENCOUNTER:
A Border Patrol Agent encountered subject in the San Diego, California Border Patrol Sector
Area of Responsibility. A Border Patrol Agent determined this subject had unlawfully entered
the United States from Mexico, at a time and place other than as designated by the Secretary
of the Department of Homeland Security of the United States.
After determining that this subject was an alien who illegally entered the United States,
the subject was arrested and transported to the San Diego, California Border Patrol Sector
for further processing using the
IMMIGRATION/CRIMINAL VIOLATION:
The subject claims to be a citizen and national of Colombia without the necessary legal
documents to enter, pass through, or to remain in the United States. The subject also
admitted to illegally crossing the international boundary without being inspected by an
immigration officer at a designated Port of Entry.
The subject stated that both parents are citizens of Colombia and no other country.
CONSULAR NOTIFICATION:
The subject was notified of their right to communicate with a Consular Officer from their
country as per Article 36(1) (b) of the Vienna convention on Consular Relations. The subject
indicated they understood this right but declined to speak with anyone at this time.
***************Released on Order of Recognizance / EOIR-33 Docket****************
DISPOSITION:
The subject is being processed as NTA/OR. The subject was served with an NTA (I-862) and
approved for released on their own recognizance with an I-220(A) containing reporting
instructions for the nearest ICE/ERO office to their intended destination.
The subject failed to provide complete and/or verifiable information for a point of contact
(POC) in the United States, but did provide the following:
Name:
Address:
Phone:
The subject was served the following DHS forms I-220, I-862, I-286, and given a list of free
legal services.
The subject was also given a copy of the "Notice to Appear Tear Sheet."
The subject was given a copy of form EOIR-33, and instructed that if the address and/or
telephone number changes while awaiting or going through the immigration proceedings, the
subject is to file this from with the Department of Homeland Security (DHS) within (5)
working days of that change

Other Identifying Numbers
-------------------------
ALIEN-245596571

| Signature | Title |
|---|---|
| | DO |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| HERNANDEZ LEAL, LEON FELIPE | ▐███████▌ | 09/25/2025 |

ADDENDUM TO RECORD OF DEPORTABLE/EXCLUDABLE ALIEN
--------------------------------------------------

Leon Felipe HERNANDEZ Leal, ███████████████████████ a citizen and native of
Colombia, was brought to the attention of Immigration and Customs Enforcement (ICE) /
Enforcement and Removal Operations (ERO) San Francisco (SFR) for a potential case dismissal.
ICE ERO SFR reviewed the case and determined that HERNANDEZ unlawfully entered the US
without a valid document and is amenable to the Expedited Removal (ER) under 2004
Designation.

Encounter:
On September 25, 2025, 2025, HERNANDEZ appeared at the San Francisco Executive Office of
Immigration Review (EOIR) court at 630 Sansome St. 4th Floor, San Francisco, CA 94111,
pursuant to his EOIR immigration master hearing. The following ICE ERO Deportation Officers
████████████████████████████████████ were tasked to conduct an arrest
outside the court. HERNANDEZ was identified and verified as one of the targets through
biometrics, records checks through government databases, and a photograph taken when
HERNANDEZ was previously encountered by United States Border Patrol personnel. During the
proceedings, DHS filed a Motion to Dismiss HERNANDEZ 's case. The Immigration Judge (IJ)
gave him until October 23, 2025, to respond to the motion. After the hearing concluded, as
HERNANDEZ exited out the courtroom, the above-mentioned ICE ERO Officers approached
HERNANDEZ and identified themselves as Immigration Officers. HERNANDEZ's identity was
verified when he replied with his complete full name when officers asked for his name.
HERNANDEZ was informed that he is going to be taken back into custody for redetermination.
HERNANDEZ was placed in handcuffs, checked for tightness and double locked. HERNANDEZ and
his property were taken to the ERO San Francisco field office for further processing.

Immigration History:
On December 14, 2023, HERNANDEZ was apprehended within 100 miles by U.S. Border Patrol at
near San Ysidro, CA. HERNANDEZ was processed as a Notice to Appear and released on an Order
of Release on Recognizance.

Criminal History:
None

Health and Humanitarian Aspects:
HERNANDEZ stated he does not have any medical issues and not taking any medication.
HERNANDEZ stated he is not associated with any criminal organizations or gangs.
HERNANDEZ does not have any pending applications.
HERNANDEZ made no claims to US citizenship.

DISPOSITION:
HERNANDEZ will be processed as a Motion to Re-calendar and will remain in ICE custody
pending respond to motion for dismissal.

| Signature | Title |
|---|---|
| ▐████████████████████▌ | DO |

_____3_____ of _____3_____ Pages

# EXHIBIT 6

DEPARTMENT OF HOMELAND SECURITY
# NOTICE TO APPEAR

In removal proceedings under section 240 of the Immigration and Nationality Act:

File No: ▮▮▮▮▮▮▮

**Event No: IMB2412000160**

In the Matter of:
Respondent: _____ LEON FELIPE HERNANDEZ LEAL _____ currently residing at:

FAILED TO PROVIDE ADDRESS EOIR-33 DOCKET SAN JOSE, CALIFORNIA,

(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of COLOMBIA and a citizen of COLOMBIA ;
3. You arrived in the United States at or near SAN YSIDRO,  CA , on or about December 13, 2023 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:      ☐ 8CFR 208.30      ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

630 SANSOME ST, 4TH FL, RM 475 SAN FRANCISCO CA 94111

*(Complete Address of Immigration Court, including Room Number, if any)*

on September 25, 2025 at   10:30 AM   to show why you should not be removed from the United States based on the
   *(Date)*         *(Time)*

charge(s) set forth above.

OSCAR I LOPEZ
Date: 2023.12.14 09:01:32 -08:00
0054490681.CBP

Acting/Patrol Agent in Charge
*(Signature and Title of Issuing Officer)*

Date:   December 14, 2023                    San Diego, California
                                              *(City and State)*

DHS Form I-862 (6/22)                                          Page 1 of 3

## Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

**U.S. Citizenship Claims:** If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before:

_____

*(Signature of Respondent)*

_____
*(Signature and Title of immigration Officer)*

Date: _____

---

### Certificate of Service

This Notice To Appear was served on the respondent by me on December 14, 2023 , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person  ☐ by certified mail, returned receipt # _____ requested  ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the SPANISH language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____
*(Signature of Respondent if Personally Served)*

BRIAN LUGO, Border Patrol Agent

BRIAN V LUGO
Date: 2023.12.14 12:40:23 -08:00
0403677900 CBP

_____
*(Signature and Title of officer)*

**Privacy Act Statement**

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.

# EXHIBIT 7

U.S. Department of Homeland Security ▮▮▮▮▮                          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| CARVAJAL MENDOZA, JULIAN DAVID | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| COLOMBIA | COLOMBIA | | 71 | 122 | LABORER |

Scars and Marks

| U.S. Address |
|---|
| IN CUSTODY SAN FRANCISCO, CALIFORNIA, 94111, |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 12/13/2023 23:15, OTM, WI-Without Inspection | |

F.B.I. Number    □ Single    □ Divorced  □ Married    □ Widower  □ Separated

| Number, Street, City, Province (State) and Country of Permanent Residence |
|---|

Method of Location/Apprehension
NCA

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| | 09/25/2025 | SFR/SFR | See I-831 | 09/25/2025 13:06 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted □ Not Lifted □ | By |
|---|---|---|---|
| COLOMBIA | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 1-COLOMBIA |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| CARVAJAL VILLAMIZAR, ALVARO NATIONALITY: COLOMBIA | MENDOZA ALBA, AMPARO NATIONALITY: COLOMBIA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes  □ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)



Subject Health Status
----------------------
The subject claims good health.

Current Criminal Charges
------------------------
09/25/2025 - 8 USC 1229a - ALIEN REMOVAL UNDER SECTION 212 AND 237

Current Administrative Charges ...(CONTINUED ON I-831)

| Alien has been advised of communication privileges  9/25/202▮  (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| T-FILE | Officer |
| | on: September 25, 2025    (time) |
| | Disposition: Other |
| | Examining Officer: |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| CARVAJAL MENDOZA, JULIAN DAVID | ███████████ | 09/25/2025 |

---

09/25/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

Previous Criminal History
-------------------------
Subject has no criminal history

ARRESTING AGENTS

███████████████

AT/NEAR
-------
SAN FRANCISCO, CA

Record of Deportable/Excludable Alien:
--------------------------------------
IMMIGRATION HISTORY: See prior immigration history.
CRIMINAL HISTORY: See prior criminal history.
ENCOUNTER:
A Border Patrol Agent encountered subject in the San Diego, California Border Patrol Sector
Area of Responsibility. A Border Patrol Agent determined this subject had unlawfully entered
the United States from Mexico, at a time and place other than as designated by the Secretary
of the Department of Homeland Security of the United States.
After determining that this subject was an alien who illegally entered the United States,
the subject was arrested and transported to the San Diego, California Border Patrol Sector
for further processing using the █████████
IMMIGRATION/CRIMINAL VIOLATION:
The subject claims to be a citizen and national of Colombia without the necessary legal
documents to enter, pass through, or to remain in the United States. The subject also
admitted to illegally crossing the international boundary without being inspected by an
immigration officer at a designated Port of Entry.
The subject stated that both parents are citizens of Colombia and no other country.
CONSULAR NOTIFICATION:
The subject was notified of their right to communicate with a Consular Officer from their
country as per Article 36(1) (b) of the Vienna convention on Consular Relations. The subject
indicated they understood this right but declined to speak with anyone at this time.
***************Released on Order of Recognizance / EOIR-33 Docket****************
DISPOSITION:
The subject is being processed as NTA/OR. The subject was served with an NTA (I-862) and
approved for released on their own recognizance with an I-220(A) containing reporting
instructions for the nearest ICE/ERO office to their intended destination.
The subject failed to provide complete and/or verifiable information for a point of contact
(POC) in the United States, but did provide the following:
Name:
Address:
Phone:
The subject was served the following DHS forms I-220, I-862, I-286, and given a list of free
legal services.
The subject was also given a copy of the "Notice to Appear Tear Sheet."
The subject was given a copy of form EOIR-33, and instructed that if the address and/or

| Signature | Title |
|---|---|
| ████████████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| CARVAJAL MENDOZA, JULIAN DAVID | ███████████ | 09/25/2025 |

telephone number changes while awaiting or going through the immigration proceedings, the
subject is to file this from with the Department of Homeland Security (DHS) within (5)
working days of that change

Other Identifying Numbers
--------------------------
███████████████████

| Signature | Title |
|---|---|
| ████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

**Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| CARVAJAL MENDOZA, JULIAN DAVID | ████████████ | 09/25/2025 |

ADDENDUM TO RECORD OF DEPORTABLE/EXCLUDABLE ALIEN
--------------------------------------------------

On September 25, 2025, SUBJECT, CARVAJAL MENDOZA, JULIAN came to the attention of
Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) pending
Immigration Court proceedings at the San Francisco Executive Office for Immigration Review
(EOIR) at 630 Sansome St, San Francisco, CA 94111. Based on case research, ERO San Francisco
concluded that SUBJECT was amenable to action in accordance with the DHS Secretary's
Expedited Removal designation (2004 Designation) for certain aliens.

On September 25, 2025, DHS filed a Motion to Dismiss with the Immigration Court. The
Immigration Judge granted a continuance till October 23, 2025, to allow SUBJECT time to
respond to the Motion to Dismiss. When SUBJECT was exiting the courtroom, Deportation
Officers (DO) ███████████████████ identified themselves as Deportation
Officers with Immigration and Customs Enforcement (ICE). DO ██████████ served SUBJECT the
I-200 Warrant of Arrest and informed him that he was under arrest. SUBJECT was escorted to
custody elevator room and placed in handcuffs. Handcuffs were checked for tightness and
double locked. SUBJECT, along with his property, was then transferred to the Detention unit
located on the 6th floor of 630 Sansome Street, San Francisco, CA 94111, for further
processing without any incident.

CRIMINAL HISTORY: NONE

IMMIGRATION HISTORY:
12/14/2023: NTA, CHULA VISTA, CA

Records checks returned no pending applications or petitions with USCIS.

HEALTH AND HUMANITARIAN ASPECTS:
SUBJECT does not claims to have any medical problems.
SUBJECT claims no gang affiliations.

DISPOSITION:
SUBJECT will be processed as a Motion to Re-calendar and will remain in ICE custody pending
removal proceedings.

| Signature ████████████ | Title |
|---|---|
| | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

# EXHIBIT 8

DEPARTMENT OF HOMELAND SECURITY
# NOTICE TO APPEAR

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

[redacted]                    [redacted]                    File No: [redacted]

In the Matter of:
Respondent: _____ JULIAN DAVID CARVAJAL MENDOZA _____ currently residing at:

FAILED TO PROVIDE ADDRESS EOIR-33 DOCKET SAN JOSE, CALIFORNIA,

(Number, street, city, state and ZIP code)                    (Area code and phone number)

☐ You are an arriving alien.

☒ You are an alien present in the United States who has not been admitted or paroled.

☐ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of COLOMBIA and a citizen of COLOMBIA ;
3. You arrived in the United States at or near SAN YSIDRO,  CA , on or about December 13, 2023 ;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8CFR 208.30    ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

630 SANSOME ST, 4TH FL, RM 475 SAN FRANCISCO CA 94111

*(Complete Address of Immigration Court, including Room Number, if any)*

on September 25, 2025 at   10:30 AM   to show why you should not be removed from the United States based on the
   *(Date)*        *(Time)*

charge(s) set forth above.

OSCAR I LOPEZ
Date: 2023.12.14 09:54 -08:00
0054490681.CBP

Acting/Patrol Agent in Charge
*(Signature and Title of Issuing Officer)*

Date: December 14, 2023 _____ San Diego, California
                                              *(City and State)*

**Notice to Respondent**

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are in removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 1003.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents that you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing. At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear, including that you are inadmissible or removable. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge. You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of voluntary departure. You will be given a reasonable opportunity to make any such application to the immigration judge.

**One-Year Asylum Application Deadline:** If you believe you may be eligible for asylum, you must file a Form I-589, Application for Asylum and for Withholding of Removal. The Form I-589, Instructions, and information on where to file the Form can be found at **www.uscis.gov/i-589**. Failure to file the Form I-589 within one year of arrival may bar you from eligibility to apply for asylum pursuant to section 208(a)(2)(B) of the Immigration and Nationality Act.

**Failure to appear:** You are required to provide the Department of Homeland Security (DHS), in writing, with your full mailing address and telephone number. You must notify the Immigration Court and the DHS immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to your local DHS office, listed on the internet at **http://www.ice.gov/contact/ero**, as directed by the DHS and required by statute and regulation. Immigration regulations at 8 CFR 1241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after your departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Immigration and Nationality Act.

U.S. Citizenship Claims: If you believe you are a United States citizen, please advise the DHS by calling the ICE Law Enforcement Support Center toll free at (855) 448-6903.

**Sensitive locations:** To the extent that an enforcement action leading to a removal proceeding was taken against Respondent at a location described in 8 U.S.C. § 1229(e)(1), such action complied with 8 U.S.C. § 1367.

---

**Request for Prompt Hearing**

To expedite a determination in my case, I request this Notice to Appear be filed with the Executive Office for Immigration Review as soon as possible. I waive my right to a 10-day period prior to appearing before an immigration judge and request my hearing be scheduled.

Before:

_____
*(Signature of Respondent)*

Date: _____

_____
*(Signature and Title of immigration Officer)*

---

**Certificate of Service**

This Notice To Appear was served on the respondent by me on   December 14, 2023  , in the following manner and in compliance with section 239(a)(1) of the Act.

☒ in person   ☐ by certified mail, returned receipt # _____ requested   ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organization and attorneys which provide free legal services.

The alien was provided oral notice in the   SPANISH   language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____        BRIAN LUGO, Border Patrol Agent
*(Signature of Respondent if Personally Served)*              *(Signature and Title of officer)*

**Privacy Act Statement**

**Authority:**

The Department of Homeland Security through U.S. Immigration and Customs Enforcement (ICE), U.S Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS) are authorized to collect the information requested on this form pursuant to Sections 103, 237, 239, 240, and 290 of the Immigration and Nationality Act (INA), as amended (8 U.S.C. 1103, 1229, 1229a, and 1360), and the regulations issued pursuant thereto.

**Purpose:**

You are being asked to sign and date this Notice to Appear (NTA) as an acknowledgement of personal receipt of this notice. This notice, when filed with the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR), initiates removal proceedings. The NTA contains information regarding the nature of the proceedings against you, the legal authority under which proceedings are conducted, the acts or conduct alleged against you to be in violation of law, the charges against you, and the statutory provisions alleged to have been violated. The NTA also includes information about the conduct of the removal hearing, your right to representation at no expense to the government, the requirement to inform EOIR of any change in address, the consequences for failing to appear, and that generally, if you wish to apply for asylum, you must do so within one year of your arrival in the United States. If you choose to sign and date the NTA, that information will be used to confirm that you received it, and for recordkeeping.

**Routine Uses:**

For United States Citizens, Lawful Permanent Residents, or individuals whose records are covered by the Judicial Redress Act of 2015 (5 U.S.C. § 552a note), your information may be disclosed in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a(b), including pursuant to the routine uses published in the following DHS systems of records notices (SORN): DHS/USCIS/ICE/CBP-001 Alien File, Index, and National File Tracking System of Records, DHS/USCIS-007 Benefit Information System, DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER), and DHS/ICE-003 General Counsel Electronic Management System (GEMS), and DHS/CBP-023 Border Patrol Enforcement Records (BPER). These SORNs can be viewed at https://www.dhs.gov/system-records-notices-sorns. When disclosed to the DOJ's EOIR for immigration proceedings, this information that is maintained and used by DOJ is covered by the following DOJ SORN: EOIR-001, Records and Management Information System, or any updated or successor SORN, which can be viewed at https://www.justice.gov/opcl/doj-systems-records. Further, your information may be disclosed pursuant to routine uses described in the abovementioned DHS SORNs or DOJ EOIR SORN to federal, state, local, tribal, territorial, and foreign law enforcement agencies for enforcement, investigatory, litigation, or other similar purposes.

For all others, as appropriate under United States law and DHS policy, the information you provide may be shared internally within DHS, as well as with federal, state, local, tribal, territorial, and foreign law enforcement; other government agencies; and other parties for enforcement, investigatory, litigation, or other similar purposes.

**Disclosure:**

Providing your signature and the date of your signature is voluntary. There are no effects on you for not providing your signature and date; however, removal proceedings may continue notwithstanding the failure or refusal to provide this information.