1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  CYNTHIA JOHNSON (CABN 328932)
   Special Assistant United States Attorney
5
           1301 Clay Street, Suite 340S
6          Oakland, California 94612
           Telephone: (510) 637-3680
7          FAX: (510) 637-3724
           Cynthia.Johnson@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                    ~~OAKLAND~~ SAN JOSE DIVISION
12

13 SEBASTIAN CHAVARRÍAGA ROJAS, *et al.*, )   Case No. 25-CV-08712 PCP
                                          )
14         Petitioners,                   )
                                          )   **STIPULATION TO STAY CASE:**
15     v.                                 )   **~~[PROPOSED~~ ORDER], AS**
                                          )   **MODIFIED**
16 SERGIO ALBARRAN, *et al.*,             )
                                          )
17         Respondents.                   )
                                          )
18 _____)

28

STIPULATION TO STAY CASE; ~~[PROPOSED]~~ ORDER
No. 25-CV-08712 PCP

Subject to the Court's approval, Petitioners and Respondents, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including U.S. Immigration and Customs Enforcement ("ICE"). The date when funding will be restored by Congress has not been established.

2. Respondents have conveyed the following to Petitioners:

   a. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys (and employees of ICE) are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

   b. While undersigned counsel will not be furloughed, undersigned counsel is only permitted to work on certain matters that fall within the statutory framework outlined above, and is not permitted to work on the instant case during the lapse in appropriations.

   c. In addition, the work of employees from ICE is also necessary. If the requested stay is denied, the work needed from ICE may not be possible.

3. The parties therefore request a stay of this matter until Congress has restored appropriations to the Department of Justice and the government shutdown ends. The parties further request that all deadlines in this case be extended for a period of time commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations. The parties further request that the Temporary Restraining Order previously entered in this matter be extended and remain in effect until three days following the conclusion of the hearing on the Preliminary Injunction.

4. If this stay is granted, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder

of litigation.

IT IS SO STIPULATED.

Dated: October 2, 2025　　　　　　　　　　　Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Cynthia Johnson*
CYNTHIA JOHNSON
Special Assistant United States Attorney
*Attorney for Respondents*

Dated: October 2, 2025　　　　　　　　　　　Respectfully submitted,

*/s/ Hayley Upshaw*
HAYLEY UPSHAW
San Francisco Public Defenders
*Attorney for Petitioners*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. The hearing on the Preliminary Injunction set for October 7, 2025 is continued until further notice;

3. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations;

4 The Temporary Restraining Order previously entered in this matter is extended and shall remain in effect until three days following the conclusion of the hearing on the Preliminary Injunction; and

5. The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: October 6, 2025

HON. P. CASEY PITTS
United States District Judge