UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN CHAVARRIAGA ROJAS, et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>SERGIO ALBARRAN, et al.,<br><br>       Defendants. | Case No. 25-cv-08172-PCP<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 1 |

The Court has received a petition for a writ of habeas corpus from petitioners Sebastian Chavarriaga Rojas, Maria Camila Gomez Vasquez, Leon Felipe Hernandez Leal, and David Carvajal Mendoza. Dkt. No. 1. Pursuant to 28 U.S.C. § 2243, respondents are ordered to show cause why petitioners' writ should not be granted. Respondents must return the order to show cause within 20 days of the filing of this order.[1]

    **IT IS SO ORDERED.**

Dated: January 26, 2026

_____
P. Casey Pitts
United States District Judge

---

[1] That petitioners are no longer in federal detention provides good cause to extend the deadline for respondents' response. Dkt. No. 19.